# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2016

*Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)*

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Favro, Gary L. | U.S. District Court, Northern District of New York | 7/18/2019 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| Magistrate Judge - Part Time | ☐ Nomination   Date <br> ☐ Initial   ☑ Annual   ☐ Final <br> 5b. ☑ Amended Report | 01/01/2016 <br> to <br> 12/31/2016 |

**7. Chambers or Office Address**

14 Durkee Street, Suite 360
Plattsburgh, New York 12901

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | Law Offices of Gary L. Favro PLLC | Sole Member |
| 2. | CVPH Medical Center | Advisory Board Member |
| 3. | Glens Falls National Bank and Trust Company | Advisory Board Member |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2016 | Law Offices of Gary L. Favro PLLC | $400,302.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2016 | Plattsburgh City School District - wages - teacher |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 7/18/2019 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

✔ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

✔ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 7/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Office Building Plattsburgh NY, Clinton County | E | Rent | M | W | | | | | |
| 2. Trust 1 GFNB Money Purchase Retirement Plan | | | | | | | | | |
| 3. - Black Rock Liq FD Treasury | A | Dividend | L | T | | | | | |
| 4. - Fidelity High Income Fund | A | Dividend | J | T | | | | | |
| 5. - Fidelity Capital & Income Fund | A | Dividend | K | T | | | | | |
| 6. - North Country Intermediate Bond Fund | A | Dividend | L | T | | | | | |
| 7. - Dodge & Cox Stock Fund | A | Dividend | K | T | | | | | |
| 8. - North Country Equity Growth Fund | A | Dividend | M | T | | | | | |
| 9. - Nuveen Preferred Securities -1 | A | Dividend | K | T | | | | | |
| 10. - Vanguard Mid Cap Index - Adm. | A | Dividend | K | T | | | | | |
| 11. - Vanguard Small Cap Index - Adm. | A | Dividend | J | T | | | | | |
| 12. - Vanguard 500 Index Fund - Adm. | A | Dividend | K | T | | | | | |
| 13. - Fidelity Overseas Fund | A | Dividend | J | T | | | | | |
| 14. - Vanguard Total - International Stock Index - Adm. | A | Dividend | J | T | | | | | |
| 15. Vanguard 500 Index Fund | A | Dividend | K | T | | | | | |
| 16. Blackrock Liquid Fund Tempfund | A | Dividend | K | T | | | | | |
| 17. North Country Intm Bond Fund | A | Dividend | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 7/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Nuveen Preferred Security | A | Dividend | J | T | | | | | |
| 19. Vanguard Mid Cap Index | A | Dividend | J | T | | | | | |
| 20. T Rowe Price Growth Stock | A | Dividend | J | T | | | | | |
| 21. North Country Equity Growth Fund | A | Dividend | K | T | | | | | |
| 22. Dodge & Cox Stock Fund | A | Dividend | J | T | | | | | |
| 23. Fidelity Overseas Fund | A | Dividend | K | T | | | | | |
| 24. Vanguard High Yield Corp. | A | Dividend | J | T | | | | | |
| 25. Vanguard High Yield Corp. | A | Dividend | J | T | | | | | |
| 26. Vanguard High Yield Corp. | A | Dividend | J | T | | | | | |
| 27. North Country Intm Bond Fund | A | Dividend | K | T | | | | | |
| 28. Vanguard Mid Cap Index | A | Dividend | J | T | | | | | |
| 29. North Country Equity Growth Fund | A | Dividend | J | T | | | | | |
| 30. Fidelity Overseas Fund | A | Dividend | J | T | | | | | |
| 31. Blackrock Liquid Fund Tempfund | A | Dividend | K | T | | | | | |
| 32. Pimco Low Duration Fund | A | Dividend | K | T | | | | | |
| 33. Pimco Low Duration Fund | A | Dividend | J | T | | | | | |
| 34. North Country Equity Growth Fund | A | Dividend | K | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 7/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. North Country Equity Growth Fund | A | Dividend | | | Buy (add'l) | 03/04/16 | J | | |
| 36. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 37. | | | | | Sold (part) | 08/24/16 | J | B | |
| 38. | | | | | Sold | 11/17/16 | L | B | |
| 39. T Towe PR Growth Stock-I | A | Dividend | J | T | Buy (add'l) | 03/04/16 | J | | |
| 40. | | | | | Sold (part) | 05/10/16 | K | B | |
| 41. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 42. Vanguard Total Int St Idx-Ad | A | Dividend | | | Sold | 03/04/16 | J | A | |
| 43. North Country Intm Bond Fund | A | | J | T | Sold (part) | 03/04/16 | J | A | |
| 44. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 45. | | | | | Sold (part) | 08/24/16 | J | A | |
| 46. | | | | | Buy (add'l) | 11/17/16 | M | | |
| 47. Pimco Low Duration Fund-Inst | A | Dividend | J | T | Sold (part) | 03/04/16 | J | A | |
| 48. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 49. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 50. Blackrock Liq Fd Tempfund-In | A | Dividend | | T | Sold (part) | 03/04/16 | J | A | |
| 51. | | | | | Buy (add'l) | 04/20/16 | K | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 7/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. | | | | | Sold (part) | 04/15/16 | K | | |
| 53. | | | | | Sold (part) | 06/23/16 | K | B | |
| 54. Vanguard Reit Index Fund-Adm | A | Dividend | K | T | Buy | 03/04/16 | K | | |
| 55. | | | | | Buy (add'l) | 04/19/16 | J | | |
| 56. | | | | | Buy (add'l) | 11/17/16 | J | | |
| 57. Fidelity Overseas Fund | A | Dividend | J | T | Buy | 03/04/16 | J | | |
| 58. | A | Dividend | J | T | Buy (add'l) | 04/19/16 | J | | |
| 59. | | | | | Sold (part) | 08/24/16 | K | A | |
| 60. | | | | | Sold | 11/17/16 | J | A | |
| 61. Vanguard 500 Index Fund-Adm | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 62. | | | | | Buy (add'l) | 08/25/16 | L | | |
| 63. | | | | | Sold | 11/17/16 | K | A | |
| 64. Vanguard Mid Cap Index-Adm | A | Dividend | J | T | Buy | 04/19/16 | J | | |
| 65. | | | | | Sold (part) | 08/24/16 | J | A | |
| 66. | | | | | Sold | 11/17/16 | J | A | |
| 67. BlackRock Liq FD Treasury-In | A | Dividend | K | T | Buy | 06/23/16 | K | | |
| 68. | | | | | Sold (part) | 08/25/16 | L | B | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 7/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. | | | | | Buy (add'l) | 08/24/16 | L | | |
| 70. | | | | | Sold (part) | 08/26/16 | K | A | |
| 71. | | | | | Sold (part) | 11/17/16 | J | A | |
| 72. | | | | | Buy (add'l) | 12/23/16 | J | | |
| 73. | | | | | Buy (add'l) | 12/14/16 | J | | |
| 74. | | | | | Buy (add'l) | 11/21/16 | J | | |
| 75. Vanguard Dividend Growth-IV | A | Dividend | K | T | Buy | 05/10/16 | K | | |
| 76. | | | | | Buy (add'l) | 08/25/16 | J | | |
| 77. | | | | | Sold | 11/17/16 | J | A | |
| 78. Nuveen Preferred Securit-I | A | Dividend | K | T | Buy | 08/24/16 | K | | |
| 79. Vanguard Small-Cap Index-Adm | A | Dividend | | T | Sold (part) | 08/24/16 | J | A | |
| 80. | | | | | Sold | 11/17/16 | J | A | |
| 81. Ishares Msci Emerging Mkt Etf | A | Dividend | K | T | Buy | 08/26/16 | K | | |
| 82. | | | | | Sold | 11/21/16 | J | A | |
| 83. MetLife Universal Life Ins. Policy | B | Dividend | L | T | | | | | |
| 84. GFNB Bank Accounts | B | Interest | O | T | | | | | |
| 85. DFCU IRA & Share accounts | A | Interest | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 7/18/2019 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. Trust 2 HR-10 Keogh Reitrement Plan Lincoln Trust | | | | | | | | | |
| 87. - American Funds: Growth Fund of America | C | Dividend | | | Sold | 11/08/16 | K | B | Trust 2 Retirement Plan |
| 88. - American Funds: New Perspective | C | Dividend | | | Sold | 11/08/16 | J | A | Trust 2 Retirement Plan |
| 89. - American Funds: Investment Company of America | C | Dividend | | | Sold | 11/08/16 | K | A | Trust 2 Retirement Plan |
| 90. - American Funds: Washington Mutual | C | Dividend | | | Sold | 11/08/16 | L | A | Trust 2 Retirement Plan |
| 91. - Eaton Vance Worldwide | A | Dividend | | | Sold | 11/08/16 | K | A | Trust 2 Retirement Plan |
| 92. - Franklin Templeton Global Bond | B | Dividend | | | Sold | 11/08/16 | K | A | Trust 2 Retirement Plan |
| 93. Abbott Labs | A | Dividend | | | Sold | 11/08/16 | J | A | Trust 2 Retirement Plan |
| 94. Abbvie | A | Dividend | | | Sold | 11/08/16 | J | B | Trust 2 Retirement Plan |
| 95. AT&T | A | Dividend | | | Sold | 11/08/16 | J | B | Trust 2 Retirement Plan |
| 96. Colgate | A | Dividend | | | Sold | 11/08/16 | J | C | Trust 2 Retirement Plan |
| 97. Facebook | A | Dividend | | | Sold | 11/08/16 | J | D | Trust 2 Retirement Plan |
| 98. General Electric | A | Dividend | | | Sold | 11/08/16 | J | B | Trust 2 Retirement Plan |
| 99. Kellogg | A | Dividend | | | Sold | 11/08/16 | J | B | Trust 2 Retirement Plan |
| 100. Microsoft | A | Dividend | | | Sold | 11/14/16 | J | D | Trust 2 Retirement Plan |
| 101. Proctor & Gamble | A | Dividend | | | Sold | 11/14/16 | J | B | Trust 2 Retirement Plan |
| 102. Southern Co. | A | Dividend | L | T | | | | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 7/18/2019 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. United Health | A | Dividend | | | Sold | 11/08/16 | K | E | Trust 2 Retirement Plan |
| 104. Verizon | A | Dividend | | | Sold | 11/08/16 | K | D | Trust 2 Retirement Plan |
| 105. Prudential Premier Retirement Variable series B Annuity **see 106-109 | | | | | | | | | |
| 106. **AST Advanced Strategies Portfolio | | Dividend | L | T | | | | | *See attached email |
| 107. **AST Prudential Growth Allocation | | Dividend | M | T | | | | | |
| 108. **AST Schroders Global Tactical Portfolio | | Dividend | L | T | | | | | |
| 109. **AST T. Rowe Price Asset | | Dividend | L | T | | | | | |
| 110. Pacific Life Pacific Voyages Annuity BR Global Allocation | D | Dividend | M | T | | | | | |
| 111. Columbia Property Trust Inc. | A | Dividend | K | T | | | | | |
| 112. Inventrust Properties (from Inland America American Real Estate Inc.) | A | Dividend | L | T | | | | | |
| 113. Community Bank (personal checking account) | A | Interest | K | T | | | | | |
| 114. NBT Bank (checking account for building-46 Court) | A | Interest | K | T | | | | | |
| 115. Alphabet | A | Dividend | | | Sold | 11/08/16 | K | D | Retirement Plan |
| 116. Alphabet | A | Dividend | | | Sold | 11/08/16 | K | D | Retirement Plan |
| 117. Google | A | Dividend | | | Sold | 11/8/16 | L | D | |
| 118. Apple | A | Dividend | | | Sold | 11/14/16 | J | A | Retirement Plan |
| 119. Eaton Vance Worldwide Health | A | Dividend | | | Sold | 11/08/16 | J | A | Retirement Plan |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Favro, Gary L. | 7/18/2019 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. Energy Select Sector | A | Dividend | J | T | Buy | 01/08/16 | J | | Trust 2 Retirement Plan |
| 121. Energy Select Sector | A | Dividend | | | Sold | 05/26/16 | J | C | Trust 2 Retirement Plan |
| 122. Van Eck Vectors Morningstar Wide Moat (ETF) | A | Dividend | K | T | Buy | 07/18/16 | K | | Trust 2 Retirement Plan |
| 123. Van Eck Vectors Morningstar Wide Moat (ETF) | A | Dividend | | | Sold | 11/08/16 | K | A | Trust 2 Retirement Plan |
| 124. John Hancock Tax Advantaged Dividen Income Fund | A | Dividend | K | T | Buy | 07/18/16 | K | | Trust 2 Retirement Plan |
| 125. John Hancock Tax Advantaged Dividen Income Fund | A | Dividend | | | Sold | 11/08/16 | K | A | Trust 2 Retirement Plan |
| 126. Bank of America Corp. | B | Dividend | K | T | Buy | 06/30/16 | K | | Trust 2 Retirement Plan |
| 127. Bank of America Corp. | B | Dividend | | | Sold | 11/14/16 | K | D | Trust 2 Retirement Plan |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
| --- | --- |
| Favro, Gary L. | 7/18/2019 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Part III A: Compensation from law practice for legal services rendered to various clients before payment of taxes and pension contribution.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Gary L. Favro**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

# Phyllis Dodd

| | |
|---|---|
| **From:** | Bob Donlan |
| **Sent:** | Tuesday, May 14, 2019 1:19 PM |
| **To:** | gary@favrolaw.net |
| **Subject:** | Prudential |

Hey Gary:

I'm not sure how the question is being asked on your disclosure. However, there are no distributions or income produced from any of the 4 sub-accounts. All proceeds are reflected in the share price with no dividends or capital gains shown. Let me know if this will answer your question. Bob